FRANCES P. BOSTWICK v. L. B. JACKSON.

(Filed 12 June, 1929.)

APPEAL by defendant from *Sink, Special Judge,* at May Special
Term, 1928, of BUNCOMBE. No error.

Action to recover for services rendered by plaintiff to defendant under
a contract of employment. The controversy involves only the amount
which plaintiff is entitled to recover of defendant, who admits that he
is indebted to plaintiff for services in the sum of $1,200. Plaintiff con-
tends that defendant is indebted to her in the sum of $1,800.

From judgment on an adverse verdict defendant appealed to the
Supreme Court.

*Roberts, Young & Lane for plaintiff.*
*Thomas S. Rollins for defendant.*

PER CURIAM. Defendant's assignments of error on his appeal to this Court are based on exceptions to instructions in the charge of the court to the jury, and to the failure of the court to comply in the charge with the provisions of C. S., 564. They cannot be sustained. The judgment is affirmed.

No error.